# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Madison Meharg,<br>　　　Plaintiff,<br>　vs.<br>COMMISSIONER OF SOCIAL SECURITY,<br>　　　Defendant. | Case No. 2:25-cv-02497-DC-DMC<br><br>ORDER FOR EXTENSION OF TIME |

Based upon the Plaintiff's Motion for an extension of time, for good cause shown based on counsel's declaration indicating the need for additional time based on overlapping briefing schedules in other matters, it is ORDERED that that Plaintiff shall have an extension of time, from January 5, 2026, to March 6, 2026, for Plaintiff to serve on defendant with PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT.  All other dates in the Court's Scheduling Order shall be extended accordingly.

　　　IT IS SO ORDERED.

Dated:  January 7, 2026

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　DENNIS M. COTA
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE